**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **KAREN E RYALS,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:16-CV-42 (MTT)** |
| ) | |
| **NANCY A BERRYHILL,** *Acting* ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Karen Ryals's Motion to Remand (Doc.12). *See generally* Doc. 16. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the order of this Court.

Accordingly, the Plaintiff's Motion to Remand (Doc. 12) is **DENIED**.

**SO ORDERED**, this the 25th day of August, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT